**Electronically Filed
Supreme Court
SCWC-18-0000057
12-AUG-2024
12:03 PM
Dkt. 28 ORD**

SCWC-18-0000057

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KE KAUHULU O MĀNĀ, AN UNINCORPORATED ASSOCIATION; HAWAIʻI
ALLIANCE FOR PROGRESSIVE ACTION, A NON-PROFIT CORPORATION;
SURFRIDER FOUNDATION, A NON-PROFIT CORPORATION; KOHOLĀ LEO, A
NON-PROFIT CORPORATION; PUNOHU KEKAUALUA III,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,
vs.
BOARD OF LAND AND NATURAL RESOURCES, OF THE STATE OF HAWAIʻI,
Respondent/Defendant-Appellee/Cross-Appellee,
and
SYNGENTA SEEDS, LLC, A LIMITED LIABILITY COMPANY,
SYNGENTA HAWAII, LLC, A LIMITED LIABILITY COMPANY,
Respondents/Defendant-Appellees/Cross-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000057; CASE NO. 5CC171000094)

ORDER GRANTING MOTION TO POSTPONE
(By: McKenna, J.)

UPON CONSIDERATION of the "Motion to Postpone Oral
Argument" ("motion"), and the declaration attached thereto,
filed on August 9, 2024, by Petitioners/Plaintiffs-
Appellants/Cross-Appellees Ke Kauhulu o Mānā,

IT IS HEREBY ORDERED that the motion is granted.  The
parties will be notified by the appellate clerk regarding re-
scheduling.

DATED:  Honolulu, Hawaiʻi, August 12, 2024.

/s/ Sabrina S. McKenna

Associate Justice

